# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM BROWN, *et al.*, | : Civil Action No. 08-cv-3341 (RMB) |
| Plaintiffs | : |
| | : ORDER |
| v. | : |
| SUN CAPITAL PARTNERS, Inc., *et al.*, | : |
| Defendants. | : |

IT IS HEREBY ORDERED THAT the deadline for the Sun Defendants to Answer the cross-claims of Defendants Gorman and Paulson be extended until September 5th, 2008.

Dated August 19, 2008

_____
SCHNEIDER, U.S.D.C. Magistrate Judge

DB1/62062367.1