Case 1:08-cv-03341-RMB-JS   Document 20   Filed 08/13/2008   Page 1 of 1

# O'BRIEN, BELLAND & BUSHINSKY, LLC

ATTORNEYS AT LAW

1526 BERLIN ROAD
CHERRY HILL, NEW JERSEY 08003

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ & PA)
THOMAS F. KARPOUSIS (NJ & PA)
JOAN FREEDMAN MEYER (NJ & PA)
BRETT I. LAST (NJ)
JEFFREY R. CACCESE (NJ & PA)
TIMOTHY P. HAGGERTY (NJ)

(856) 795-2181
(888) 609-8300
Fax (856) 795-2182
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

OF COUNSEL

ALBERT M. GRETO (DE & PA)
DAVID R. THIERMAN* (NJ, PA & FL)
* MASTERS OF LAW IN TAXATION

e-mail address:robrien@obbblaw.com

File Number:134316.1

August 13, 2008

**Via Electronic Filing**
Honorable Renee Marie Bumb, USDJ
United States District Court
1 John F. Gerry Plaza
Camden, NJ 08101

RE:   William Brown, et al vs. Jevic, et al
      Docket No: BUR-L-1618-08
      Civil Action No: 08-cv-3341

Dear Judge Bumb:

This office and the law offices of Ronald A. Graziano are co-counsel to the Plaintiffs in the above-captioned matter. We are seeking the Court's permission to file a Supplemental Brief in Opposition to Sun Defendants' Motion to Change the Venue in connection with the within matter. Please advise at your earliest convenience.

Respectfully submitted,

O'BRIEN, BELLAND & BUSHINSKY, LLC

Robert F. O'Brien, Esquire

RFO:lrf
CC:   Ronald A. Graziano, Esquire
      Nathan Miller, Esquire
      Richard J. DeFortuna, Esquire
      James P. Gillespie, Esquire
      Gary D. Anderson, Esquire
      Nicholas M. Centrella, Esquire
      Charles Ercole, Esquire
      Lynn A. Collins, Esquire

*REQUEST GRANTED*
8/18/08

Renee Marie Bumb
United States District Judge